James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253104)
Brian H. Kim (State Bar No.  215492)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| James BURKE | Case No.: 3:15-cv-03196-WHA |
| Plaintiff, | **JOINT STIPULATION TO EXTEND DEADLINES FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CONTINUE HEARING DATE; [PROPOSED] ORDER GRANTING STIPULATION** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | |
| Defendant. | |

## JOINT STIPULATION

**IT IS HEREBY STIPULATED** by and between the parties hereto that all dates related to Defendant's motion for summary judgment be continued by four weeks (28 days).  Good cause exists for this request because on March 15, 2016, the daughter of Plaintiff's chief counsel, James P. Keenley was born.  Mr. Keenley intends to take family leave until April 12, 2016 to spend time with his wife and new daughter.   As a result, Plaintiff requires additional time to

file his opposition and requests that all dates be continued by 28 days to allow this motion to be briefed and heard on the standard 35-day calendar.

WHEREAS, on November 24, 2015, this Court issued its Case Management Order in Denial-of-Benefits Action Under ERISA (Doc. #19), ordering that Defendant Unum Life Insurance Company of America file a Motion for Summary Judgment by **March 17, 2016,** on a 35-day track (with the hearing set for **April 21, 2016**), and that Plaintiff James Burke's opposition and any request for discovery shall be filed three weeks before the hearing (**March 31, 2016**) with any reply by Defendant filed two weeks before the hearing (**April 7, 2016**).

As stated above, good cause exists to permit the parties to extend the briefing deadlines and hearing date of Defendant's Motion for Summary Judgment, and no prejudice to the parties or the Court would result from such an extension.

WHEREFORE, the Parties stipulate as follows:

Defendant's Motion for Summary Judgment deadline shall be extended from **March 17, 2016** to **April 14, 2016**;

The deadline for Plaintiff's opposition to the Motion for Summary Judgment shall be extended from **March 31, 2016** to **April 28, 2016**;

The deadline for Defendant's reply in support of the Motion for Summary Judgment shall be extended from **April 7, 2016** to **May 5, 2016**; and

The hearing for Defendant's Motion for Summary Judgment shall be moved from **April 21, 2016** to **May 19, 2016**.

IT IS SO STIPULATED.

Dated:  March 16, 2016                    BOLT KEENLEY KIM LLP

                                          By: /s/ *James P. Keenley*
                                              James P. Keenley
                                              Attorneys for Plaintiff

Dated:  March 16, 2016                              RIMAC MARTIN, P.C.

                                                    By: /s/ *Anna Martin*
                                                        Anna Martin
                                                        Attorneys for Defendant Unum Life
                                                        Insurance Company of America

### ORDER

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation to extend the deadlines regarding Defendant Unum Life Insurance Company of America's Motion for Summary Judgment as follows:

Defendant's Motion for Summary Judgment deadline shall be extended from **March 17, 2016** to **April 14, 2016**;

The deadline for Plaintiff's opposition to the Motion for Summary Judgment shall be extended from **March 31, 2016** to **April 28, 2016**;

The deadline for Defendant's reply in support of the Motion for Summary Judgment shall be extended from **April 7, 2016** to **May 5, 2016**; and

The hearing for Defendant's Motion for Summary Judgment shall be moved from **April 21, 2016** to **May 19, 2016**.

IT IS SO ORDERED.

Dated: March 17, 2016.                              _____
                                                    Hon. William H. Alsup
                                                    United States District Court