**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
UNUM Life Insurance Company of America

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/ OAKLAND DIVISION

| | |
|---|---|
| JAMES BURKE, an individual, | CASE NO.: 4:15-CV-03196-WHA |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents, and filing a dismissal with the Court, within the next forty five (45) days.  The parties request that the Court retain jurisdiction of this case during said forty five day period.

**RIMAC MARTIN, P.C.**

DATED:  April 14, 2016          By:     _/s/ Anna M. Martin_____
ANNA M. MARTIN
Attorney for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA