**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
UNUM Life Insurance Company of America

James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253104)
Brian H. Kim (State Bar No. 215492)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

Attorney for Plaintiff
James Burke

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/ OAKLAND DIVISION

| | |
|---|---|
| JAMES BURKE, | CASE NO.: 3:15-CV-03196-WHA |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE;** [PROPOSED] **ORDER** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

1

STIPULATTION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No. 3:15-CV-03196-WHA

**IT IS HEREBY STIPULATED** by and between Plaintiff JAMES BURKE and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their counsel of record therein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

Counsel for the filing party hereby attests that concurrence in filing of this document has been obtained by each of the other signatories to this document.  The conformed signature herein shall serve in lieu of their original signatures on this document.  Upon order of the Court, this filing party shall produce records which support the concurrence of all signatories to this document.

**RIMAC MARTIN, P.C.**

DATED:  May 12, 2016            By:     /s/ Anna M. Martin
                                        ANNA M. MARTIN
                                        Attorney for Defendant
                                        UNUM LIFE INSURANCE COMPANY
                                        OF AMERICA

**BOLT KEENLEY KIM LLP**

DATED:  May 12, 2016            By:     /s/ James P. Keenley
                                        JAMES P. KEENLEY
                                        Attorney for Plaintiff
                                        JAMES BURKE

**IT IS SO ORDERED:**

DATE: May 13, 2016.                    _____
                                        The Honorable William Alsup
                                        UNITED STATES DISTRICT COURT JUDGE

2

STIPULATTION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No. 3:15-CV-03196-WHA